# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-1903

_____

United States of America

*Plaintiff - Appellee*

v.

Daniel Flores Reydondo

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: October 5, 2017
Filed: October 11, 2017
[Unpublished]

_____

Before WOLLMAN, GRUENDER, and BENTON, Circuit Judges.

_____

PER CURIAM.

Daniel Flores Reydondo directly appeals after he pled guilty to an immigration offense and the district court[1] sentenced him to a prison term at the high end of the

_____

[1]The Honorable Rebecca Ebinger, United States District Judge for the Southern District of Iowa.

calculated guidelines range. His counsel has moved for leave to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), arguing that the sentence is unreasonable.

Upon careful review, we conclude that the district court did not impose an unreasonable sentence. *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (discussing appellate review of sentencing decisions; if sentence is within guidelines range, appellate court may, but is not required to, apply presumption of reasonableness). In addition, having independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. Accordingly, we grant counsel's motion to withdraw, and we affirm.

_____